UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANDERLUST CREATIVE, INC., ET AL.,

                    Plaintiffs,

    -against-

12 INTERACTIVE, LLC, ET AL.,

                    Defendants.

23-CV-10630 (AS)(RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated January 30, 2024 (ECF 28), Judge Arun Subramanian referred this case to Magistrate Judge Valerie Figueredo for settlement. On January 31, 2024, that referral was reassigned to me.

IT IS HEREBY ORDERED that, by **Monday, February 5, 2024**, the parties are to submit a joint letter stating whether they prefer a settlement conference in the month of March, or one to be held later, in June, after the parties have begun exchanging discovery.

DATED:  January 31, 2024
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge