UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANDERLUST CREATIVE, INC. ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> 12 INTERACTIVE, LLC, ET AL., <br><br> Defendants. | 23-CV-10630 (AS)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference is scheduled for **Thursday, April 11, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **March 28, 2024** to propose three alternative dates for a settlement conference during the week of 4/8/2024. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Thursday, April 4, 2024, at 5:00 p.m**.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference.

      If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  February 6, 2024  
           New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge