UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANDERLUST CREATIVE, INC., TINA BRADY, and JAMEE STEIN,<br><br>                Plaintiffs,<br><br>-against-<br><br>12 INTERACTIVE, LLC d/b/a PERKSPOT, and EXPEDIA, INC.,<br><br>                Defendants. | 23-CV-10630 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On February 28, 2024, Plaintiffs filed an amended complaint. Dkt. 35. No later than **March 19, 2024**, Defendants must (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter stating that they are relying on their previously filed motion to dismiss.

      SO ORDERED.

Dated: February 28, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                          United States District Judge