UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANDERLUST CREATIVE, INC., TINA BRADY, and JAMEE STEIN,<br><br>       Plaintiffs,<br><br>  -against-<br><br>12 INTERACTIVE, LLC d/b/a PERKSPOT, and EXPEDIA, INC.,<br><br>       Defendants. | 23-CV-10630 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On March 19, 2024, Defendants filed a motion to dismiss Plaintiffs' First Amended Complaint. Dkt. 37. Defendants' motion to dismiss Plaintiffs' initial complaint is therefore DENIED as moot. The Clerk of Court is directed to terminate the motion at Dkt. 24.

  SO ORDERED.

Dated: March 21, 2024
    New York, New York

                  _____
                    ARUN SUBRAMANIAN
                   United States District Judge